UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STACY LYNNE HUDSON,

          Plaintiff,

-vs-                                        Case No. 6:12-cv-1619-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## ORDER

In this case, Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security Administration ("Commissioner") denying her claim for Disability Insurance Benefits and Supplemental Security Income (Doc. No. 1). The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by the Commissioner to the Report and Recommendation (Doc. No. 20), the objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 3, 2014 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **REVERSED** and **REMANDED** for further proceedings consistent with the findings in the Report and Recommendation pursuant to sentence four of Section 405(g).

3. The Clerk is directed to enter judgment in favor of Plaintiff and against the Commissioner and to thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of February, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record