UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STACY LYNNE HUDSON,

           **Plaintiff,**

-vs-                                        **Case No. 6:12-cv-1619-Orl-28GJK**

COMMISSIONER OF SOCIAL
SECURITY,

           **Defendant.**

---

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) filed March 10, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed March 12, 2014 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) is **GRANTED in part** and **DENIED in part.** The Petition is **GRANTED** only to the extent that the Court

awards Equal Access to Justice Act fees to Plaintiff, as the prevailing party, in the amount of $5,399.50. The Motion is otherwise **DENIED**.[1]

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ____1st____ day of April, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[1] The United States Department of the Treasury (the "Department") may exercise its discretion to honor Plaintiff's assignment of benefits to her attorney if it determines that Plaintiff does not owe a debt to the Government. However, the Court is not ordering the Department to honor it.